# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 10-11336-JMD
 Chapter 7
James Fred Albies and Carol Elisabeth Albies,
     Debtor(s)

## ORDER OF THE COURT - MOTION FOR RELIEF

Hearing Date:  11/24/2010 9:00 AM

Nature of Proceeding:  **Doc. No. 38 Motion for Relief by US Bank, NA**

Outcome of Hearing:  DENIED WITHOUT PREJUDICE FOR LACK OF PROSECUTION


IT IS SO ORDERED:

/s/ J. Michael Deasy
J. Michael Deasy    Date: 11/24/2010
Bankruptcy Judge